CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORLANDO GARCIA, | **Case:** 2:20-cv-02487-PA-JPR |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| PANERA, LLC, a Delaware Limited Liability Company; and Does 1-10, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant PANERA, LLC, a Delaware Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 11, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock

Amanda Lockhart Seabock
Attorney for Plaintiff

1